USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

YENSY CONTRERAS, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

ZENGA INC.,

                Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-00451-VEC

**MEMO ENDORSED**

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Yensy Contreras hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Zenga Inc.

DATED:  August 19, 2022

**MIZRAHI KROUB LLP**

     /s/ Edward Y. Kroub
      EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

---

Application GRANTED. The case is dismissed with prejudice and without costs to either party.

IT IS HEREBY ORDERED THAT all previously scheduled conferences and other deadlines are CANCELLED.  The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case.

IT IS FURTHER ORDERED that the Clerk is directed to amend the case caption to delete the language "on behalf of all others similarly situated" after the individual Plaintiff's name, as this dismissal is operative only as between individual Plaintiff Yensy Contreras and Defendant Zenga Inc.

SO ORDERED.

*/s/ Valerie Caproni*  08/21/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE